IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID A. HOSKINS,                )
                                 )
        Plaintiff,                )
                                 )
   v.                             )    1:13CV978
                                 )
YOLANDA M. GAUSE, et al.,         )
                                 )
        Defendant(s).             )

**ORDER**

On November 4, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636.  (Docs. 7 and 8.)  Within the time limitation set forth in the statute, Plaintiff filed a document which this court construes as an objection to the Recommendation, although the nature of the argument in that document is far from clear.  (See Doc. 9.)

The court has appropriately reviewed the Magistrate Judge's report and has made a de novo determination which is in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice to Plaintiff filing a new complaint, on the

proper § 1983 forms, and accompanied by the $400.00 filing fee, correcting the defects set out in the Order and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of April, 2014.

_____
United States District Judge